# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SOUTHWEST GAS CORPORATION,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK; AND THE HONORABLE<br>MARK R. DENTON, DISTRICT JUDGE,<br>Respondents,<br>and<br>CINDY SEDILLO-HEATON,<br>Real Party in Interest. | No. 77739<br><br>**FILED**<br><br>JAN 1 4 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____ S. Young<br>DEPUTY CLERK |

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a summary judgment motion in a tort action. Having considered the petition and supporting documents, we are not persuaded that petitioner has demonstrated that our extraordinary intervention is warranted. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying motions for summary judgment). We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.                _____, J.
Stiglich                                    Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-02020

cc: Hon. Mark R. Denton, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Bowen Law Offices
Eighth District Court Clerk